UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 3:21-CR-04 |
| | ) | |
| JORDIN ALEXANDER MELGAR SALMERON | ) | |

## STATEMENT OF FACTS

The United States and the Defendant, Jordin Alexander Melgar Salmeron ("MELGAR SALMERON"), agree and stipulate that the following is true. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation. This Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11.

1. On or about January 24, 2021, within the Western District of Virginia, MELGAR SALMERON, did knowingly and unlawfully possess a firearm, that is, a model 94 series 12-gauge Stevens shotgun.

2. This firearm had a barrel length less than 18 inches and an overall length of less than 26 inches and is therefore a "firearm" as defined under 26 U.S.C. § 5845(a)(1).

3. This firearm is not registered to him in the National Firearms Registration and Transfer Record.

I, Jordin Alexander Melgar Salmeron, have reviewed the above Statement of Facts with my attorney and believe the facts are true and correct. I agree that had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt.

05-13-21
Date

*[signature]*
Jordin Alexander Melgar Salmeron
Defendant

05/13/21
Date

*[signature]*
Andrea Harris, Esq.
Attorney for Defendant

Had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt. The government reserves the right to present additional evidence at the time of sentencing regarding relevant conduct of the defendant.

KATHRYN RUMSEY
Digitally signed by KATHRYN RUMSEY
Date: 2021.05.16 12:15:02 -04'00'

Kate Rumsey
Texas Bar No. 24081130
Assistant United States Attorney
255 West Main Street, Room 130
Charlottesville, Virginia 22902