# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

**Case No.:** 3:21CR0004                                   **Date:** 10/4/2021

**Defendant:** Jordin Alexander Melgar Salmeron(Custody)             **Counsel:** Andrea Harris, Carols Moreno AFPD

**PRESENT:**
- **JUDGE:** Norman K. Moon
- **Deputy Clerk:** Heidi N. Wheeler
- **Court Reporter:** Lisa Blair
- **U. S. Attorney:** Kate Rumsey
- **USPO:** Mariana Salazar
- **Case Agent:** Agent Bentley
- **Interpreter:** Sofia Crews, Sworn

**TIME IN COURT:** 10:30-10:50

## LIST OF WITNESSES

| GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

☒ No Objections to Presentence Report.

☒ No evidence presented.

☒ Court adopts Presentence Report.

☒ Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

- CBOP: 24 months at to Count three.
- SR: None due to immigration status.
- SA: $100.00 due immediately.
- FINE: $No fine

PAYMENT SCHEDULE:

☒ A lump sum payment of $100 is due immediately.

ADDITIONAL RULINGS:

☒ Defendant shall forfeit his interest in the property- Shotgun, and listed in the Preliminary Order of Forfeiture entered in this case on 6/24/2021.

☒ Defendant advised of right to appeal.

☒ Defendant remanded to custody.

Additional Information:
Court obtains consent to proceed by video.
Government seeks guideline sentence and oral pronouncement of forfieture.
Defense seeks low end of the guideline range.