# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Court No. 3:21CR00004 |
| ) | |
| JORDIN ALEXANDER MELGAR ) | |
| SALMERON | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States moves the Court for a Final Order of Forfeiture and as reason therefore states as follows:

**(A)** On June 24, 2021, a Preliminary Order of Forfeiture, ECF No. 40, was entered pursuant to 26 U.S.C. § 5872(a) as authorized by 28 U.S.C. § 2461 and Federal Rule of Criminal Procedure 32.2. This Order provided for the forfeiture of certain personal property, subject only to any potential third-party petitions under 21 U.S.C. § 853(n).

**(B)** Pursuant to 21 U.S.C. § 853(n), the United States provided notice of the forfeiture as follows:

(1) Notice of the forfeiture was published on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 8, 2021, as reflected in the Declaration of Publication attached hereto as Exhibit A and fully incorporated herein.

(2) The United States is not aware of any person or entity requiring written notice of the forfeiture.

**(C)** No petitions have been filed, and the deadline for filing ancillary petitions expired on December 7, 2021.

WHEREFORE the United States moves the Court for a final order of forfeiture. A proposed order will be submitted to the Court for consideration.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

*/s/ Kate Rumsey*
Assistant United States Attorney
Texas Bar No. 24081130
U.S. Attorney's Office
Western District of Virginia
255 West Main Street, Suite 130
Charlottesville, Virginia 22902
Desk: 434-293-3709
Cell: 434-987-8494
Email: Kathryn.Rumsey@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Kate Rumsey*
Assistant United States Attorney